## PENNY v. THE STATE.

SIMMONS, C. J. The evidence did not authorize a verdict of guilty. It was, therefore, contrary to law, and the court erred in not setting it aside. *Judgment reversed. All the Justices concurring.*

Argued November 6, — Decided November 28, 1899.

Indictment for burglary. Before Judge Henry. Floyd superior court. July term, 1899.

*M. B. Eubanks,* for plaintiff in error.
*Moses Wright, solicitor-general,* contra.